UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 00512
    WALTER BUFORD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3432

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/07/2004 and was confirmed 03/02/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  44.11% from remaining funds.

    The case was paid in full 01/28/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT UNION 1 | UNSECURED | 1705.52 | .00 | 752.30 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 7897.19 | .00 | 3483.45 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5804.58 | .00 | 2560.40 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR CORPORATION | UNSECURED OTH | 466.76 | .00 | 206.05 |
| CAPITAL ONE BANK | UNSECURED | 525.57 | .00 | 231.83 |
| CAPITAL ONE BANK | UNSECURED | 510.65 | .00 | 225.25 |
| SPIEGEL CHARGE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 10327.09 | .00 | 4555.28 |
| RESURGENT ACQUISITION LL | UNSECURED | 12678.26 | .00 | 5592.38 |
| ECAST SETTLEMENT CORP | UNSECURED | 3380.57 | .00 | 1491.17 |
| FIRST CONSUMERS NB | UNSECURED | 4524.85 | .00 | 1995.91 |
| CARD SERVICE CENTER | UNSECURED | 1238.80 | .00 | 546.43 |
| FIRST USA BANK | UNSECURED | NOT FILED | .00 | .00 |
| FUSA NA | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| DAVID M SIEGEL | DEBTOR ATTY | 1,544.00 | | 1,544.00 |
| TOM VAUGHN | TRUSTEE | | | 1,295.55 |
| DEBTOR REFUND | REFUND | | | 1.00 |

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 24,481.00

PRIORITY                                      .00
SECURED                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 00512 WALTER BUFORD

```
UNSECURED                                 21,640.45
ADMINISTRATIVE                             1,544.00
TRUSTEE COMPENSATION                       1,295.55
DEBTOR REFUND                                  1.00
                       ---------------    ---------------
TOTALS                   24,481.00          24,481.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 04/24/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE